**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN EDWARD FINEGAN
Plaintiff

VS. C.A.NO:

ROBERT S. MUELLER, III, in his capacity
As Director of the FEDERAL BUREAU OF INVESTIGATION
Defendant

**AFFIDAVIT OF JOHN EDWARD FINEGAN**

I, John Edward Finegan, under oath, do affirm the following:

1. I am a resident of the State of Rhode Island.

2. I live at 130 Moraine Court, Wakefield, Rhode Island.

3. In 1980, I was involved in an automobile accident that resulted in the death of a pedestrian.

4. This accident took place in the Town of Coventry, State of Rhode Island.

5. I was not arrested by the Coventry Police Department as a result of this incident.

6. I was not charged by the Coventry Police Department as a result of this incident.

7. I was processed by the Coventry Police Department as a result of this incident, during which my fingerprints were taken.

8. The facts surrounding this incident were submitted by the Rhode Island Department of Attorney General to a Grand Jury, which issued a No True Bill on the charge of driving as to endanger, death resulting.

9. The No True Bill was returned by the Grand Jury on March 21, 1980.

10. I was never prosecuted criminally for this incident.

11. Despite the fact that a No True Bill was returned, my fingerprint identification information remains on file with the Federal Bureau of Investigation ("FBI").

12. I am currently a Detective with the Providence Police Department.

13. Upon becoming eligible for a pension with the City of Providence, I intend to seek a position with another law enforcement agency or with a company for which I will provide security services.

14. In order to obtain employment with either another law enforcement agency or with a company for which I will provide security services, it will be necessary that a federal record check will be performed as part of any background investigation.

15. I am concerned that when a federal record check is performed as part of any background investigation, that the charge of driving as to endanger, death resulting will preclude me from employment even though I was never indicted or prosecuted for this charge.

16. I am also concerned that this information contained on my FBI record reflects a charge that is not true, the proof of which was the failure of the grand jury to indict me.

17. The information contained on my FBI record creates a false and misleading impression of me.

18. My record with the FBI may in the future cause me to suffer disrespect.

19. I have been a law abiding citizen.

20. I have served the Providence Police Department with distinction such that I should be considered a candidate for a position with another law enforcement agency or a company for which I would provide security services.

21. I do not want the information contained on my FBI record to prevent me from furthering my career in law enforcement and/or to result in creating a false or misleading impression of me by any potential employer.

John Edward Finegan

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

In Providence County, on this 8th day of November, 2005, before me, the undersigned notary public, personally appeared John Finegan, and proved to me through satisfactory evidence of identification, which was a license *(description of identification)*, to be the person whose name is signed on the preceding or attached documents, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public: ***[OFFICIAL SEAL]***

My Commission Expires: 10/31/2006