1-4e (Rev 11-22-77)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## IDENTIFICATION DIVISION
## WASHINGTON,D.C. 20537

PAGE 1 06/22/84

Use of the following FBI record, NUMBER 933 200 V11 is REGULATED BY LAW. It is furnished FOR OFFICIAL USE ONLY and should ONLY BE USED FOR PURPOSE REQUESTED. When further explanation of arrest charge or disposition is needed, communicate directly with the agency that contributed the fingerprints. 26

| Contributor: Identifier (ORI) Name Case Number (OCA) | Subject: Name State Number (SID) | Arrested or Received | C - Charge D - Disposition |
|---|---|---|---|
| NATIONAL CRIME INFORMATION CENTER FGPT | | CLASS: | 19 02 09 09 08 10 53 52 05 07 |
| RI0020100<br>POLICE DEPARTMENT<br>COVENTRY,RI<br>3027<br><br>CONTRIBUTOR COPY<br>RI0040900<br>POLICE DEPARTMENT<br>PROVIDENCE,RI | FINEGAN,<br>JOHN EDWARD | 03/21/80 | C-DRIVING SO AS TO ENDANGER DEATH RESULTING<br>D-NO BILL-<br>D-NO TRUE BILL |

FORM X342 (1-82)

16358-60915