AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

JOHN FINEGAN

V.

ROBERT MUELLER, III, in his capacity as...

**APPEARANCE**

Case Number: CA 05 506ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF, JOHN FINEGAN

I certify that I am admitted to practice in this court.

11/29/2005
Date

Signature


Carl S. Levin
Print Name

3336
Bar Number

155 South Main Street, Suite 301
Address

Providence
City

RI
State

02903
Zip Code

(401) 751-1500
Phone Number

(401) 751-4124
Fax Number