AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JOHN FINEGAN

V.

ROBERT MUELLER, III, in his capac

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 506 ML

TO: (Name and address of Defendant)

ROBERT CORRENTE
United States Attorney's Office for the District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP.
155 South Main Street, Suite 301
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

12/5/05

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/06/05 |
| NAME OF SERVER *(PRINT)* Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☑ Other (specify): To an agent authorized by appointment or by law to receive service of process, namely [illegible]

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| – | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/06/05 at 2:00 P.M. [signature]
Date Signature of Server

16 Cornell Ave Rumford, RI 02916
Address of Server

X [signature] AUSA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.