IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 17 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| JOHN FINEGAN, | : | |
| Plaintiff | : | |
| | : | C. A. 05-506ML |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

**STIPULATION**

The parties, by and through undersigned counsel, hereby agree that defendant United States of America shall have to and including April 3, 2006, to answer or otherwise respond to plaintiff's complaint in the above-captioned matter.

ATTORNEY FOR PLAINTIFF

CARL S. LEVIN
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500 Ext. 26

ATTORNEY FOR DEFENDANT

ROBIN E. FEDER
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000

Enter:
Mary M. Lisi
USDJ 1/19/06