RECEIVED
MAR 24 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN EDWARD FINEGAN
Plaintiff

VS. C.A.NO:05-506ML

ROBERT S. MUELLER, III, in his capacity
As Director of the FEDERAL BUREAU OF INVESTIGATION
Defendant

**DISMISSAL STIPULATION**

The above-entitled matter is hereby dismissed with Prejudice, no interest costs or attorney's fees.

ATTORNEY FOR PLAINTIFF

Carl S. Levin, Esq. (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26

ATTORNEY FOR DEFENDANT

Robin E. Feder
Assistant United States Attorney
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
(401) 709-5000

Enter: Mary M. Lisi
USDJ 3/27/06